IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE EARL WARD                                                                PETITIONER

No. 5:03-CV-00201 JMM

LARRY NORRIS, Director,                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

Before this Court are Petitioner's Motion to Seal Petitioner's Motion for an Extension Of Time to Reply to Respondent's Responses and Petitioner's Motion For an Extension of Time to Reply to Respondent's Responses [Doc. No. 67]. Also before the Court is Petitioner's Motion to Seal Petitioner's Reply in Support of Motion for Relief From Judgment and Motions for Funding of Expert and Investigative Expenses [Doc. No. 69].

After careful consideration, the Court hereby GRANTS Petitioner's Motion to Seal Petitioner's Motion for an Extension of Time to Reply to Respondent's Responses and Petitioner's Motion For An Extension of Time to Reply to Respondent's Responses [Doc. No. 67]. The Court extends the time for Petitioner to file his reply up to and including November 14, 2006. The Court also GRANTS Petitioner's Motion to Seal Petitioner's Reply in Support of Motion for Relief From Judgment and Motions for Funding of Expert and Investigative Expenses [Doc. No. 69].

IT IS SO ORDERED THIS ___7___ DAY OF NOVEMBER, 2006

_____
James M. Moody
United States District Court Judge