IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE EARL WARD**                                                        **PETITIONER**

**VS.**                     **CASE NO. 5:03CV00201**     <u>**THIS IS A CAPITAL CASE**</u>

**LARRY NORRIS, DIRECTOR**
**ARKANSAS DEPARTMENT OF CORRECTION**                       **RESPONDENT**

**AMENDED ORDER**

The Court's Order of November 7, 2006 is amended to state that after careful consideration, the Court hereby grants Petitioner's Motion for Substitution of Counsel. The Court appoints Nicholas J. Trenticosta, *nunc pro tunc*, as of August 30, 2006 and relieves William C. Odle of any further duties. Mr. Trenticosta is to be paid an hourly rate of $163.00.

IT IS SO ORDERED THIS <u> 20 </u> day of <u> December </u>, 2006.

_____
James M. Moody
United States District Court