IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE EARL WARD                                                                PETITIONER

VS.                                      No. 5:03-CV-00201 JMM

LARRY NORRIS, Director,                                                RESPONDENT
Arkansas Department of Correction

### ORDER

Petitioner has filed a motion to unseal filings relating to Petitioner's appeal to the Eighth Circuit [Doc. No. 116]. Petitioner states that he no longer needs to proceed under seal and requests that the court unseal documents 52, 53, 54, 60, 66, 71, 72 and 88.

The court hereby grants Petitioner's request and orders that ECF Documents 52, 53, 54, 60, 66, 71, 72 and 88 be unsealed.

IT IS SO ORDERED THIS 16th DAY OF OCTOBER, 2007

_____
James M. Moody
United States District Judge